IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOSEPH TRZECIAK, SR., | ) |
| Plaintiffs, | ) |
| vs. | ) CAUSE NO. 2:15-CV-218 |
| NICHOLAS J. PADILLA, *et al.*, | ) |
| Defendants. | ) |

<u>OPINION AND ORDER</u>

This matter is before the Court on document captioned "Criminal Complaint" (DE 1) filed by Joseph Trzeciak, Sr., a *pro se* prisoner, on June 8, 2015, in which he is attempting to bring unspecified criminal charges against 25 federal, Illinois, and Indiana prosecutors, law enforcement officers, and agencies which were involved in his federal and State criminal prosecutions. However, Trzeciak does not have the authority to initiate federal criminal charges against anyone. Only the United States Attorney General has such authority. *See United States v. Palumbo Bros., Inc.*, 145 F.3d 850, 865 (7th Cir. 1988) ("[C]riminal prosecution is an executive function within the exclusive prerogative of the Attorney General.") (quotation marks and citation omitted).

For the reasons set forth above, the court **DISMISSES** this case as frivolous.

DATED: June 10, 2015 /s/RUDY LOZANO, Judge
United State District Court